John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Counsel for Plaintiffs AstraZeneca AB,
Aktiebolaget Hässle, AstraZeneca LP,
and Zeneca Inc.*

Einar Stole
Ed Rippey
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000

*Of Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>HEC PHARM CO., LTD., HEC PHARM GROUP, and HEC PHARM USA INC.<br><br>          Defendants. | Civil Action No. _____ |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule 7.1(a), the following is a list of parent corporations that own 10% or more of the stock of Plaintiffs: AstraZeneca PLC and Zeneca Wilmington, Inc.

Pursuant to Federal Rule 7.1(a), the following is a list of publicly held corporations that own 10% or more of the stock of Plaintiffs: AstraZeneca PLC.

                                   Respectfully submitted,

Date:  August 5, 2015        By:   *s/ John E. Flaherty*
                                   John E. Flaherty
                                   Ravin R. Patel
                                   McCARTER & ENGLISH LLP
                                   Four Gateway Center
                                   100 Mulberry Street
                                   Newark, New Jersey 07102
                                   (973) 622-4444

                                   *Counsel for Plaintiffs AstraZeneca AB,*
                                   *Aktiebolaget Hässle, AstraZeneca LP,*
                                   *and Zeneca Inc.*

                                   Einar Stole
                                   Ed Rippey
                                   COVINGTON & BURLING LLP
                                   1201 Pennsylvania Ave., NW
                                   Washington, DC 20004
                                   (202) 662-6000

                                   *Of Counsel for Plaintiffs*