Stamatios Stamoulis #01790-1999
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Defendants*
*HEC Pharm Co., Ltd., HEC Pharm Group*
*And HEC Pharm USA Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC., <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br>HEC PHARM CO., LTD., HEC PHARM GROUP, and HEC PHARM USA INC., <br><br>　　　　　　Defendant. | § § § § § § § § § § § § | Civil Action No. 3:15-cv-06025-MLC-TJB |

### CERTIFICATION OF MICHAEL SIEM TO
### APPEAR AND PARTICIPATE *PRO HAC VICE*

I, Michael Siem, being of full age, certify:

1.　I am an attorney of Farney Daniels PC, attorneys for Defendants in the above-captioned matter. My office has a mailing address of 98 Rockwell Place, 2nd Floor, Brooklyn, New York, 11217, and my office telephone number is (718) 362-1650. Farney Daniels, PC is co-counsel for Defendants.

2.　I make this certification in support of an application to appear and participate in the above-captioned matter *pro hac vice* on behalf of Defendants, pursuant to L.Civ.R. 101.1(c).

1

3. Pursuant to L.Civ.R. 101.1(c)(1), the following chart discloses each bar in which I am a member, including the year of admission and the name and address of the official or office maintaining the roll of such members of its bar; I am in good standing in each of those courts:

| BAR | YEAR OF ADMISSION | NAME AND ADDRESS |
|---|---|---|
| New York | 2001 | Appellate Division of the NY Supreme Court<br>27 Madison Avenue<br>New York, NY 10010 |
| Eastern District of New York | 2005 | U. S. District Court<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |
| Southern District of New York | 2005 | U. S. District Court<br>500 Pearl Street<br>New York, New York 10007 |

4. I am not under suspension or disbarment by any court, nor are any disciplinary proceedings pending against me.

5. I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

6. If admitted, *pro hac vice*, I have paid the annual fee required by L.Civ.R. 101.1(c) and N.J. Ct. R. 1:20-1(b).

7. I respectfully request that this Court grant this application for my admission *pro hac vice* to assist in the representation of Defendant.

8. I certify that the foregoing statements made by me are true. I am aware that if any are willfully false, I am subject to punishment.

Dated:  August 25, 2015

/s/ *[signature]*
Michael Siem
FARNEY DANIELS PC
98 Rockwell Place, 2nd Floor
Brooklyn, NY 11217
Telephone: (718) 362-1650
Facsimile: (718) 362-1671
msiem@farneydaniels.com

3